IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC EDWARD JUELL,

    Plaintiff,                            CIV. NO. S-05-0378 FCD GGH

    vs.

FOREST PHARMACEUTICALS, INC., et al.,

    Defendants.                          ORDER
_____/

    Defendants' motions to strike corrections to deposition testimony and to preclude plaintiff from offering expert testimony presently are calendared for hearing on February 23, 2006 before the undersigned.  Defendants are informed that their motion to preclude expert testimony requires relief based upon or modification of the district court's scheduling order, and therefore must be noticed before Judge Damrell.  On February 23, 2006, this court will hear only the motion to strike corrections to deposition testimony.

    Accordingly, IT IS ORDERED that defendants' motion to preclude expert testimony, filed February 15, 2006, is vacated from this court's February 23, 2006 calendar.

DATED: 2/16/06

                                          /s/ Gregory G. Hollows

                                          GREGORY G. HOLLOWS
                                          U. S. MAGISTRATE JUDGE

GGH:076:Juell0378.ord.wpd