Lizbeth V. West (State Bar No. 207137)
**Weintraub** Genshlea Chediak
A Law corporation
400 Capitol Mall, 11th Floor
Sacramento, California  95814
Telephone:     916/558-6000
Facsimile:     916/446-1611

Randall S. Thompson
Susanne J. Blackwell
Blackwell Sanders Peper Martin LLP
720 Olive Street, Suite 2400
St. Louis, Missouri 63101
Telephone: 314/345-6000
Facsimile: 314/345-6060
*Of Counsel pro hac vice*

Attorneys for Defendants,
Forest Pharmaceuticals, Inc.
and David Williams

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC EDWARD JUELL,<br><br>                Plaintiff,<br><br>        vs.<br><br>FOREST PHARMACEUTICALS, INC. and DAVID WILLIAMS,<br><br>                Defendants. | Case No. 2:05-CV-00378-FCD-GGH<br><br>**ORDER TO SHORTEN TIME FOR HEARING ON MOTION TO AMEND SCHEDULING ORDER TO REOPEN PLAINTIFF'S DEPOSITION AND TO COMPEL PLAINTIFF TO PROVIDE AN AUTHORIZATION FOR HIS DRIVING RECORD**<br><br>**[Pursuant to Local Rule 6-144(e)]**<br><br>Date:<br>Time:<br>Courtroom:<br>Judge:       Hon. Frank C. Damrell, Jr. |

On August 8, 2007, Defendants, Forest Pharmaceuticals, Inc. and David Williams (collectively "Defendants") submitted a Motion for an Order Shortening Time for the hearing on Defendants' Motion to Amend the Scheduling Order to Reopen Plaintiff's Deposition and to Compel Plaintiff to Provide an Authorization for his Driving Record.

After consideration of the Motion, the Declaration of Susanne J. Blackwell filed in support thereof, the Motion to Amend Scheduling Order to Reopen Plaintiff's Deposition and to Compel Plaintiff to Provide an Authorization for his Driving Record, and all exhibits submitted, and for

good cause shown, IT IS HEREBY ORDERED that the Motion for an Order Shortening Time for the Hearing on Defendants' Motion to Amend the Scheduling Order to Reopen Plaintiff's Deposition and to Compel Plaintiff to Provide an Authorization for his Driving Record, is GRANTED.

IT IS HEREBY ORDERED:

1. The hearing on Defendants' Motion to Amend the Scheduling Order to Reopen Plaintiff's Deposition and to Compel Plaintiff to Provide an Authorization for his Driving Record shall be held on September 7, 2007, at 10:00 a.m. in Department 2.

2. Any Opposition by Plaintiff to Defendants' Motion to Amend the Scheduling Order to Reopen Plaintiff's Deposition and to Compel Plaintiff to Provide an Authorization for his Driving Record, shall be filed with the Court by August 24, 2007.  Defendants may file a Reply to the Opposition no later than August 31, 2007.

IT IS SO ORDERED

DATED: August 10, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE