RODERICK P. BUSHNELL (46583)
BUSHNELL, CAPLAN, FIELDING & MAIER, LLP
221 Pine Street, Suite 600
San Francisco, CA 94104
Telephone:    (415) 217-3800
Facsimile:    (415) 217-3820

LINDA J. SLOVEN (96263)
ATTORNEY AT LAW
216-A Main Street
Nevada City, CA 95959
Telephone:  (530) 478-0150
Facsimile:  (530) 478-0157

Attorneys for Plaintiff ERIC EDWARD JUELL


Lizbeth V. West (State Bar No. 207137)
**weintraub** genshlea chediak
a law corporation
400 Capitol Mall, 11th Floor
Sacramento, California   95814
Telephone:     916/558-6000
Facsimile:     916/446-1611

Randall S. Thompson
Susanne J. Blackwell
Blackwell Sanders Peper Martin LLP
720 Olive Street, Suite 2400
St. Louis, Missouri 63101
Telephone:  314/345-6000
Facsimile:  314/345-6060
*Of Counsel pro hac vice*

Attorneys for Defendants,
Forest Pharmaceuticals, Inc.
and David Williams

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC EDWARD JUELL,) | Case No. 2:05-CV-00378-FCD-GGH |
| ) | |
| Plaintiff,) | |
| ) | **STIPULATION OF DISMISSAL** |
| vs.) | |
| ) | Judge:  Hon. Frank C. Damrell, Jr. |
| FOREST PHARMACEUTICALS, INC. and) | |
| DAVID WILLIAMS,) | |
| ) | |
| Defendants.) | |
| _____) | |

Plaintiff Eric Juell and Defendants Forest Pharmaceuticals, Inc. and David Williams, by and through their respective counsel, jointly stipulate and agree that Plaintiff's cause against Defendants having been fully compromised and settled, should be dismissed with prejudice with each party to bear its own costs.

| | |
|---|---|
| **BUSHNELL, CAPLAN, FIELDING & MAIER, LLP** | **BLACKWELL SANDERS LLP** |
| s/Roderick P. Bushnell (w/ consent)<br>RODERICK P. BUSHNELL (46583)<br>221 Pine Street, Suite 600<br>San Francisco, CA 94104<br>(415) 217-3800<br>(415) 217-3820 | s/Randall Thompson<br>Randall Thompson<br>Susanne Blackwell<br>720 Olive Street<br>Suite 2400<br>St. Louis, Missouri 63101<br>Telephone: 314/345-6000<br>Facsimile: 314/345-6060<br>Attorneys for Defendants |
| **LINDA J. SLOVEN**<br><br>s/ Linda J. Sloven (w/ consent)<br>LINDA J. SLOVEN (96263)<br>216-A Main Street<br>Nevada City, CA 95959<br>Telephone: (530) 478-0150<br>Facsimile: (530) 478-0157 | |

_____

Upon stipulation by the parties that Plaintiff's cause against Defendant Forest Pharmaceuticals, Inc. and David Williams has been fully compromised and settled, Plaintiff's cause against said Defendant is hereby DISMISSED WITH PREJUDICE with each party to bear its own costs.

IT IS SO ORDERED.

DATED: October 23, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE